# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| IN RE:<br><br>RWE, LLC<br><br>　　　　　Debtor | Case No. 25-50093<br>Chapter 7 |

### NOTICE OF TRUSTEE'S INTENT TO ABANDON NON-EXEMPT ASSETS

**Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you <u>must</u> file a written objection, explaining the factual and/or legal basis for opposing the relief. No hearing will be conducted on this motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading <u>*WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE*</u> shown in the certificate of service unless the court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The court reserves the right to set a hearing on any matter.**

　　　　COMES NOW Linda S. Payne, Chapter 7 Trustee, and pursuant to Section 554(a) of the Bankruptcy Code, files this Notice of Intent to Abandon Non-Exempt Assets and in support hereof, would show the Court as follows:

　　　　1.　　In connection with her duties in this case, Trustee has evaluated all scheduled non-exempt assets of this case, including all entities scheduled by the Debtor, and all claims and causes of action held by the Estate, and has determined the following assets have no or nominal value to the Estate and that such assets should be abandoned:

- **All assets identified on Exhibit "A"**

　　　　2.　　Pursuant to §554(a) of the Bankruptcy Code, unless a timely objection to this

Notice is filed pursuant to Rule 6007 of the Rules of Bankruptcy Procedure, this Notice of Abandonment shall become automatically effective.

Respectfully Submitted,

/s/ Linda Payne
Linda Payne,
Chapter 7 Bankruptcy Trustee
P.O. Box 301
Paris, TX 75461
(972) 628-4904 Phone
linda@paynetrustee.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served on the party below and the persons listed on the attached mailing matrix either through the Court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid on August 30, 2025.

/s/ Linda Payne
Linda Payne

# Property List for RWE, LLC

2023 RV Camper Financed at TTCU - Owe $48K Worth $40K
no equity

2016 Polaris Side by Side Financed at Red River FCU - owe $11k worth $11K
no equity
Engraver Financed at GloForge - no equity
CNC Machine financed at Northstar - no equity; be very hard to move
Sand Blast Box & Oven Hoist - $400
1999 F150 and 2001 F250 - junk; need to be scrapped
1979 Neckover Trailer - $450
2009 Mudslayer CE  - $850
1994 Club cart - does not run; (will take min $1K to get running) -  $2K 2004
ARGO Avenger - not running - $0-100 max
1980 Clemmons Pup Trailer - $0-100 needs to be scraped
2010 Homemade Trailer - $700
1999 Homemade Caged lawn trailer - $400
1975 Homemade Insulation trailer - $200
1997 Homemade Pintle Hitch Flatbed trailer - $375

Office Desks, chairs, file cabinets, tables, chairs - $500
Power tools, saw, hand tools, concrete equipment, wood tools, safety Equip - $1500
Materials and supplies - $450
Individual Printer Cabinets - tried to sell & no offers

Uncollectible Accounts Receivable - $10K

EXHIBIT "A"

```
Label Matrix for local noticing          Affirm                                     Airgas
0540-5                                    650 California St FL 12                   3503 W 7th
Case 25-50093                             San Francisco, CA 94108-2716              Texarkana, TX 75501-6319
Eastern District of Texas
Texarkana
Sat Aug 30 12:53:26 CDT 2025

(p)AIRGAS USA LLC                         Anthony Silas                             BK Corrosion
110 W 7TH STREET                          BOX 2200                                  4411 Navigation blvd
TULSA OK 74119-1031                       Whitney, TX 76692-5200                    Houston, TX 77011-1035


Susan McDaniel Binkley                    Bowie Central Appraisal District          Bowie County Apprasial Distric
McDaniel Binkley Law Office               McCreary Veselka Bragg & Allen, P.C.      Tax Assessor-Collector
4223 Jefferson Ave                        c/o Julie Anne Parsons                    BOX 6527
Texarkana, AR 71854-1513                  P.O. Box 1269                             Texarkana, TX 75505-6527
                                          Round Rock, TX 78680-1269


Bowie County Apprasial District           Caine & Weiner                            Capital One
Tax Assessor-Collector                    BOX 660831                                Attn: Bankruptcy
BOX 6527                                  Dallas, TX 75266-0831                     Po Box 30285
Texarkana, TX 75505-6527                                                            Salt Lake City, UT 84130-0285


Cintas Corp                               City of Levelland                         City of Texarkana Tax Collector
4100 Viking Dr                            BOX 1559                                  122 Plaza West, Ste A
Bossier City, LA 71111-7407               Levelland, TX 79336-1559                  Texarkana, TX 75501-5917


Cloud Fund/ Delta Bridge                  Dealers Electric                          Equify Financial LLC
400 Rella Blvd, 165-101                   1804 Waterall St                          c/o Wright Law Group PLLC
Suffern, NY 10901-4241                    Texarkana, TX 75501-3639                  1870 The Exchange SE, Suite 220
                                                                                    PMB 84356
                                                                                    Atlanta, GA 30339-2171


Equity Financial                          Fora Financial                            Glen Patrick - Attorney
777 Main STE 3900                         1385 Broadway 15th Floor                  BOX 1080
Fort Worth, TX 76102-5343                 New York, NY 10018-6015                   Tyler, TX 75710-1080


Great American Finc'l                     Green Sky                                 Guaranty Bank & Trust
5805 Sepulva Blvd 4th Floor               5565 Glenridge Connector STE 700          c/o Glen Patrick
Van Nuys, CA 91411-2532                   Atlanta, GA 30342-4796                    Patrick Law Offices
                                                                                    PO Box 938
                                                                                    Lindale, TX 75771-0938


Guaranty Bank & Trust                     Home Depot                                Internal Revenue Service
100 W Arkansas                            Box 6028                                  1100 Commerce STE 9A20
Mount Pleasant, TX 75455-4420             The Lakes, NV 88901                       AMC 5020 DAL
                                                                                    Dallas, TX 75242-1100


RWE, LLC                                  Matthew J Lee                             Majesty Investments
119 Plaza West                            Wright Law Group, PLLC                    602 Hwy 146 S
Texarkana, TX 75501-5921                  1870 The Exchange SE, Suite 220           La Porte, TX 77571-4834
                                          Pmb 84356
                                          Atlanta, GA 30339-2171
```

| | | |
|---|---|---|
| (p)MARINER FINANCE LLC<br>2840 RICMOND RD<br>TEXARKANA TX 75503-2124 | Mark Sharkey<br>130 Grand Ave<br>Bacliff, TX 77518-1420 | Matco Tools<br>4403 Allen Rd<br>Stow, OH 44224-1096 |
| McCreary, Veselka & Allen<br>BO X1269<br>Round Rock, TX 78680 | Michael Sowers<br>9 Shadow<br>Texarkana, TX 75501-9520 | Northstar Leasing<br>747 Pine St<br>Burlington, VT 05401-5163 |
| One Main Financial<br>BOX 1010<br>Evansville, IN 47706-1010 | Julie Anne Parsons<br>McCreary Veselka Bragg & Allen PC<br>PO Box 1269<br>Round Rock, TX 78680-1269 | Glen E. Patrick<br>Patrick Law Offices<br>PO Box 938<br>Lindale, TX 75771-0938 |
| Linda S Payne<br>Linda S. Payne, Trustee<br>P.O. Box 301<br>Paris, TX 75461-0301 | Progressive Insurance<br>256 W Data Dr<br>Draper, UT 84020-2315 | Pumps of Houston<br>10239 Cossey Rd<br>Houston, TX 77070-6402 |
| Red River Employees FCU<br>Attn: Bankruptcy<br>4405 Summerhill Rd<br>Texarkana, TX 75503-2737 | Red River Lumber Co<br>6516 Farmers Lane<br>Texarkana, TX 75503-1898 | Reece Supply<br>15850 Dallas Pkwy 2d floor<br>Dallas, TX 75248-3308 |
| Regions<br>BOX 30122<br>Salt Lake City, UT 84130-0122 | Roadrunner Financial<br>BOX 6506<br>Carol Stream, IL 60197-6506 | Rob McGinnis - Atty<br>4102 Summerhill Rd<br>Texarkana, TX 75503-2732 |
| Silverline Services<br>265 Sunries Hwy<br>Rockville Centre, NY 11570-4912 | Small Business Adm<br>BOX 3918<br>Portland, OR 97208-3918 | Star Internation<br>BOx 1898<br>Texarkana, TX 75504-1898 |
| State Bank Of Dekalb<br>102 Sw Runnels St<br>De Kalb, TX 75559-1849 | TTTCU<br>BOX 477550<br>Tulsa, OK 74147-7505 | TX Workforce Comission<br>Regulatory Integrity DIV - SAU<br>101 W 15th, Room 556<br>Austin, TX 78778-0001 |
| Title Max<br>1617 New Boston Rd<br>Texarkana, TX 75501-3634 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | U.S. Trustee Office<br>110 N College Ave, Ste 300<br>Tyler, TX 75702-7231 |
| US Attorney, E Dst TX<br>110 N College, Ste 700<br>Tyler, TX 75702-7237 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | (p)WEX BANK<br>1 HANCOCK STREET<br>PORTLAND ME 04101-4217 |

| Wholesale Pump & Supply | Winston Water Cooler | Winwater |
|---|---|---|
| 6801 Fern Ave | 721 Texas Blvd | 6000 W 7th ST |
| Shreveport, LA 71105-4169 | Texarkana, TX 75501-5127 | Texarkana, TX 75501-5946 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Airgas USA, LLC | Mariner Finance LLC | WEX Bank |
|---|---|---|
| 110 West 7th St., Ste. 1400 | 2840 Richmond Rd | BOX 6293 |
| Tulsa, OK 74119 | Texarkana, TX 75503 | Carol Stream, IL 60197 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)U.S. Attorney General | End of Label Matrix | |
|---|---|---|
| Department of Justice | Mailable recipients | 62 |
| Main Justice Building | Bypassed recipients | 1 |
| 10th & Constitution Ave, NW | Total | 63 |
| Washington, DC 20530-0001 | | |