# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

IN RE:

RWE, LLC

        Debtor

Case No. 25-50093

Chapter 7

## REPORT OF SALE

COMES NOW Linda S. Payne, Trustee, and files this Report of Sale as follows:

1. Pursuant to the Order Granting Trustee's Motion to Sell entered on November 7, 2025 (Doc. #29), the Trustee sold the estate's interest in real property described as +/- 12,000 SF Industrial/Retail building sitting on 1.13 acres with the street address of 117-119 Plaza W, Texarkana, TX 75501 on December 10, 2025.

2. The purchaser was It's Time, LLC, and the sale brought a total of $301,355.47.

WHEREFORE, PREMISES CONSIDERED Trustee requests that the Court accept this Report of Sale.

Dated: February 7, 2025

                                        Respectfully Submitted:

                                        /s/   Linda S. Payne
                                        Linda S. Payne
                                        Chapter 7 Bankruptcy Trustee
                                        11700 Preston Road
                                        Suite 660-667
                                        Dallas, TX 75230
                                        214-558-7796
                                        linda@paynetrustee.com

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a copy of the foregoing instrument was served on the below listed parties either through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid on February 7, 2025.

Office of The U.S. Trustee
110 North College, Suite 300
Tyler, TX 75702

                                               /s/ Linda S. Payne
                                               Linda S. Payne